# United States District Court
## For The Western District of North Carolina
### Statesville Division

EDWARD MONROE LITTLE,

        Petitioner,                     JUDGMENT IN A CIVIL CASE

vs.                                     CASE NO. 5:07CV36-3-V

UNITED STATES OF AMERICA,

        Respondent.

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 1, 2008, Order.

                            Signed: October 1, 2008

                            Frank G. Johns, Clerk
                            United States District Court